# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. ROSANNA KITTLES, | ) | |
| | ) | |
| Plaintiff, | ) | CIV-16-570-D |
| | ) | |
| v. | ) | |
| | ) | |
| 1. CLEVELAND COUNTY, OKLAHOMA, a political subdivision which is sued in the name of the Board of County Commissioners for Cleveland County Oklahoma (a/k/a Cleveland County Sheriff's Office), | ) ) ) ) ) ) ) ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the parties, and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 5th DAY OF OCTOBER, 2017.**

| | |
|---|---|
| s/ Amber L. Hurst | s/ Jessica Dark |
| Mark Hammons, OBA No. 3748 | *(Signed by filing counsel with permission)* |
| Amber L. Hurst OBA No. 21231 | Robert S. Lafferrandre, OBA #11897 |
| HAMMONS GOWENS HURST & ASSOCIATES | Randall J. Wood, OBA #10531 |
| | Jessica Dark, OBA #31236 |
| 325 Dean A. McGee Ave. | PIERCE COUCH HENDRICKSON |
| Oklahoma City, Oklahoma 73102 | BAYSINGER & GREEN, LLP |
| Telephone: (405) 235-6100 | Post Office Box 26350 |
| Facsimile: (405) 235-6111 | Oklahoma City, Oklahoma 73126 |
| Email: amber@hammonslaw.com | Telephone: (405) 235-1611 |
| *Counsel for Plaintiff* | Facsimile: (405) 235-2904 |
| | Email: rlafferrandre@piercecouch.com |
| | Email: jdark@piercecouch.com |
| | Email: rwood@piercecouch.com |
| | *Attorneys for Defendant* |